**RECEIVED**

DEC 13 2023

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**_____ DIVISION**

Plaintiff(s), Vincent K. Cobb

v.

Carriage House

Case No. _____
(to be assigned by Clerk of District Court)

**JURY TRIAL DEMANDED**

YES ☐   NO ☐

Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

____ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

__X__ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

_____ Other (Describe)

## PARTIES

2. Plaintiff's name: Vincent K. Cobh

   Plaintiff's address: 124 Peterson St.
   Street address or P.O. Box

   Leadington MO 63601
   City/County/State/Zip Code

   (573) 535-1391
   Area code and telephone number

3. Defendant's name: Carriage House

   Defendant's address: 175 South 10Th St.
   Street address or P.O. Box

   STE. Genevieve MO 63670
   City/County/State/Zip Code

   (573) 547-2044 / (573) 768-2855
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4.  If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

| | | | |
|---|---|---|---|
| (Street Address) | (City/County) | (State) | (Zip Code) |

5.  When did the discrimination occur? Please give the date or time period:

April 18-2023 to May 4Th 2023

## ADMINISTRATIVE PROCEDURES

6.  Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☑ Yes   Date filed: JUNE 2023

☐ No

7.  Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes   Date filed: June 2023

☐ No

8.  Have you received a Notice of Right-to-Sue Letter?

☑ Yes        ☐ No

If yes, please attach a copy of the letter to this complaint.

9.  If you are claiming age discrimination, check one of the following:

\_\_\_\_\_60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

\_\_\_\_\_fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

\_\_\_\_ failure to hire me

_X_ termination of my employment

\_\_\_\_ failure to promote me

\_\_\_\_ failure to accommodate my disability

\_\_\_\_ terms and conditions of my employment differ from those of similar employees

_X_ retaliation

_X_ harassment

_X_ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

☒ Yes                               ☐ No

4

11. I believe that I was discriminated against because of my (check all that apply):

____ race

____ religion

____ national origin

____ color

____ gender

__X__ disability

____ age (birth year is: _____)

__X__ other: 

Did you state the same reason(s) in your charge of discrimination?

__X__ Yes      ____ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

Long story short an Coworker was gonna sell me a car I Decided not to he then started Harrassing me Sabataging my Job to get me Fire watched him do 3 other workers same way and got Fired. He discriminated on my disAbilty by mocking the way I walk and mocking my voice I Told big bosses on every situation, even had HR meeting he would talk bad About me to other workers even The truck Drivers picking up shipment. much more to story

(Continue to page 6, if additional space is needed.)

5

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☒ are no longer being committed by the defendant.

☐ may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

SEE ATTachment

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Vincent K. Cobb, )
) Case no. _____
v. )
Carriage House, ) _____, 20__

Relief Attachment

MEMORANDUM FOR CLERK

Back pay
Front pay
Lost benefits
Health
Vacation
Sick Leave
Pension
Reinstatement
Reasonable Accomadations
Compensatory
Uncompensatory
~~Civil~~
Emotional distress
Physeological Damages

Loss of wages
Economic Damages

Please circle which applies:   (Pro se) (Attorney for) Plaintiff

(Pro se) (Attorney for) Defendant

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13Th day of DEC., 2023.

Signature of Plaintiff  *Vincent K. Cobb*