**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| VINCENT K. COBB, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| | )   No. 1:23-CV-00220 SNLJ |
| | ) |
| CARRIAGE HOUSE, | ) |
| | ) |
|    Defendant. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this action would not be taken in good faith.

Dated this 21st day of February, 2024.

_____
STEPHEN N. LIMBAUGH, JR
SENIOR UNITED STATES DISTRICT JUDGE